# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

GLEN TURNER

MAGISTRATE JUDGE: **LEDA D. WETTRE**

MAGISTRATE NO.: **20-mj-13551**

DATE OF PROCEEDINGS: **12/10/2020**

DATE OF ARREST: **12/10/2020**

PROCEEDINGS: **Initial Appearance**

- ( ) COMPLAINT
- (X) ADVISED OF RIGHTS
- ( ) WAIVER OF COUNSEL
- (X) APPT. OF COUNSEL: ___ AFPD   X CJA
- ( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
- ( ) CONSENT TO MAGISTRATE'S JURISDICTION
- ( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
- ( ) PLEA AGREEMENT
- (X) BRADY WARNING EXECUTED
- (X) FINANCIAL AFFIDAVIT EXECUTED
- (X) DEFENDANT CONSENTS TO VIDEO CONFERENCE

- ( ) TEMPORARY COMMITMENT
- ( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- ( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- (X) BAIL SET: $100,000
    - (X) UNSECURED BOND
    - ( ) SURETY BOND SECURED BY CASH / PROPERTY
- (X) TRAVEL RESTRICTED
- (X) REPORT TO PRETRIAL SERVICES
- (X) DRUG TESTING AND/OR TREATMENT
- ( ) MENTAL HEALTH TESTING AND/OR TREATMENT
- (X) SURRENDER &/OR OBTAIN NO PASSPORT
- (X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

- (X) PRELIMINARY / REMOVAL HRG.   DATE: 12/30/2020 at 11:00 am
- ( ) DETENTION / BAIL HRG.   DATE:
- ( ) TRIAL: ___ COURT ___ JURY   DATE:
- ( ) SENTENCING   DATE:
- ( ) OTHER: ___   DATE:

APPEARANCES:

AUSA: Samantha Fasanello & Robert Frazer, AUSA

DEFT. COUNSEL: Adalgiza Nunez, CJA

PROBATION:

INTERPRETER:
Language: ( )

Time Commenced: 5:10 pm
Time Terminated: 5:45 pm
CD No: Zoom

*Kimberly Darling*

DEPUTY CLERK