UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No. 20-13551 |
| | : | |
| GLEN TURNER | : | |

**MOTION FOR SPECIAL ADMISSION PRO HAC VICE**

The Defendant, Glen Turner respectfully requests that this Court grant special admission Pro Hac Vice of Steven P. Patrizio, Esquire to represent him with local counsel, Kenneth A. Young, Esquire in this matter and avers as follows:

1. On December 10, 2020, the Defendant, Mr. Glen Turner was arrested on a Criminal Complaint in the United States District Court for the District of New Jersey for the charges of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine.

2. The Defendant requests that his attorney, Steven Patrizio, Esquire be specially admitted Pro Hac Vice to represent him with local counsel, Kenneth A. Young, Esquire in this matter.

3. Kenneth A. Young, Esquire was admitted to the United States District Court for the District of New Jersey on December 20, 1995 and has entered his appearance in this matter.

4. Steven P. Patrizio, Esquire is member in good standing of the Bar of the Commonwealth of Pennsylvania and is admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit and the Supreme Court of the United States of America.  (Attached hereto as Exhibit A is a sealed Certificate of the Clerk of the Supreme Court of the Commonwealth of Pennsylvania that Steven P. Patrizio, Esquire is in good standing member of the Bar of the Commonwealth of Pennsylvania.)

5.  There will be no prejudice to the government by the relief requested.

6.  Undersigned counsel has spoken with AUSA Samantha Christine Fasanello, Esquire who does not object to this Motion.

WHEREFORE, Defendant requests that Setven P. Patrizio, Esquire be specially admitted Pro Hac Vice to represent him in this matter.

Respectfully submitted,

/s/ Kenneth A. Young
BY:_____
KENNETH A. YOUNG, ESQUIRE
Attorney for Defendant
**GLEN TURNER**

DATED:  December 16, 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Case No. 20-13551 |
| : | |
| GLEN TURNER : | |

**PROOF OF SERVICE**

I, KENNETH A. YOUNG, ESQUIRE, do hereby certify that a true and correct copy of the within Motion for Special Admission Pro Hac Vice was served upon the following by electronic service:

Samantha Fasanello, Esquire and Robert Frazer, Esquire
Assistant United States Attorneys
Office of the United States Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102

BY: /s/ Kenneth A. Young
_____
KENNETH A. YOUNG, ESQUIRE
Attorney for Defendant
GLEN TURNER

DATED: December 16, 2020