## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No.  20-13551 |
| | : | |
| GLEN TURNER | : | |

### O R D E R

**AND NOW,** to wit, this          day of                    , 2020, it is hereby **ORDERED** and **DECREED** that the un-opposed Motion for Admission Pro Hac Vice is **GRANTED.**

Steven P. Patrizio, Esquire is hereby specially admitted Pro Hac Vice to represent the Defendant, Glen Turner with local counsel Kenneth A. Young, Esquire.

**BY THE COURT:**

_____
**THE HONORABLE LEDA DUNN WETTRE**