

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Stephen P. Patrizio, Esq.**

DATE OF ADMISSION

**October 26, 1976**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 9, 2018

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk