UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Mag No. 20-13551 |
| GLEN TURNER | : |

**CONSENT ORDER**

AND NOW, to wit, this 29th day of September, 2021, it is hereby **ORDERED** and **DECREED** that the Defendant, Mr. Glen Turner is permitted to visit his aunt at her home and/or at a Hospital at addresses provided to Pretrial Services and on dates and times approved by Pretrial Services.

BY THE COURT:

_____
J.

Form and entry consented to:

_____
Samantha C. Fasanello, Esquire
Assistant U.S. Attorney

_____
Kenneth A. Young, Esquire
Counsel for Defendant Glen Turner