UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | |
| vs. | : | Mag No. 20-13551 |
| GLEN TURNER | : | |

**CONSENT ORDER**

AND NOW, to wit, this 24 day of Nov. , 2021, it is hereby **ORDERED** and **DECREED** that the Defendant, Mr. Glen Turner is permitted to visit his aunt at her home located at 3210 Griggs Drive, Garnet Valley, PA 19060, on Thanksgiving Day 2021 (November 25, 2021) from 10:00 a.m. to 8:00 p.m.

**BY THE COURT:**
s/Leda Dunn Wettre

Hon. Leda Dunn Wettre, U.S.M.J.

Form and entry consented to:

*[signature]*

Samantha C. Fasanello
Assistant U.S. Attorney

*[signature]*

Kenneth A. Young, Esq.
Counsel for Defendant Glen Turner