UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Mag No. 20-13551 |
| : | |
| GLEN TURNER : | |

**CONSENT ORDER**

AND NOW, to wit, this 6th day of April, 2022, it is hereby **ORDERED** and **DECREED** that the Defendant, Mr. Glen Turner is permitted to visit his aunt on a daily basis while she is in hospice care at times pre-approved by Pretrial Services. It is also **ORDERED** that after his aunt passes away that the Defendant is allowed to attend the visitation, service and funeral for his aunt at dates and times to be supplied to and pre-approved by Pretrial Services.

BY THE COURT:

*Leda Dunn Wettre*
_____
**Hon. Leda Dunn Wettre, U.S.M.J.**

Form and entry consented to:

*Samantha C. Fasanello*
_____
Samantha C. Fasanello
Assistant U.S. Attorney

*Kenneth A. Young*
_____
Kenneth A. Young, Esq.
Counsel for Defendant Glen Turner